# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| In the Matter of | : | No. 1937 Disciplinary Docket No. 3 |
| | : | |
| | : | No. 37 DB 2013 |
| DAVID HAROLD KNIGHT | : | |
| | : | Attorney Registration No. 44985 |
| | : | |
| PETITION FOR REINSTATEMENT | : | (Bucks County) |

## O R D E R

**PER CURIAM:**

    **AND NOW**, this 4th day of September, 2014, on certification by the Disciplinary Board that the respondent, David Harold Knight, who was suspended by Order of the Court dated July 17, 2013, for a period of one year, has filed a verified statement showing compliance with all the terms and conditions of the Order of Suspension and Rule 217, Pa.R.D.E., and there being no other outstanding order of suspension or disbarment, David Harold Knight is hereby reinstated to active status, effective immediately.